# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN and CHANCE M. SIMONI, | Case No. 1:17-cv-01113-LJO-SKO |
| Plaintiffs, | **ORDER TRANSFERRING CASE** |
| v. | |
| DEENA BOVEE, CASEY M. SIMONI, and LASSEN FAMILY SERVICES, | |
| Defendants. | |

On August 18, 2017, Plaintiffs Kasey F. Hoffman and Chance M. Simoni filed a complaint against Defendants Deena Bovee, Casey M. Simoni, and Lassen Family Services, along with an application to proceed *in forma pauperis.* (Docs. 1 & 2.) The complaint purports to allege claims pursuant to 42 U.S.C. § 1983 and the Indian Child Welfare Act for deprivations of due process and equal protection, apparently arising from a custody dispute with Defendant Casey M. Simoni.

It is apparent from a reading of Plaintiffs' allegations in the complaint that the gravamen of this case arose in the Sacramento Division of the Eastern District of California, and any

relationship with the Fresno Division is minimal. Plaintiff Kasey F. Hoffman is presently incarcerated at the California Substance Abuse Treatment Facility in Corcoran, California, which is located in the Fresno Division. However, the events at issue in the complaint occurred in Lassen County, which is part of the Sacramento Division. All of the named defendants appear to reside in the Sacramento Division. For these reasons, this case should be transferred to the Sacramento Division of the Eastern Division of California.[1] Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This case is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and
2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

This Court has not ruled on Plaintiffs' request to proceed *in forma pauperis* (Doc. 2).

IT IS SO ORDERED.

Dated: **August 23, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff Kasey F. Hoffman has filed several cases in the Sacramento Division of the U.S. District Court for the Eastern District of California asserting claims against Lassen County, Lassen Child Family Services, Ms. Bovee, Ms. Simoni, and other agencies in Lassen County. (*See, e.g., Hoffman v. Lassen County*, 2:15-cv-01382-GEB-DB (PC) (E.D. Cal. 2015); *Hoffman v. Lassen Adult Detention Facility*, 2:15-cv-01558-JAM-KJN (PC) (E.D. Cal. 2015); *Hoffman v. Lassen County*, 2:16-cv-00946-JAM-AC (PS) (E.D. Cal. 2016); *Hoffman v. Lassen County*, 2:17-cv-01734-WBS-EFB (E.D. Cal. 2017)). As of the date of this Order, Plaintiff has 14 pending cases in the Sacramento and Fresno Divisions of the U.S. District Court for the Eastern District of California.